■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HENRY LEONOR, Respondent. [668 NYS2d 454] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered August 13, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree, and sentencing him to a term of 3 years to life, unanimously modified, on the law, to the extent of vacating the sentence and substituting a sentence of 15 years to life, and otherwise affirmed.

Contrary to the determination of the motion court, imposition of the minimum statutory sentence for an A-1 felony upon this defendant, who violated the terms of a cooperation agreement entered into at the plea allocution, is not unconstitutional (*see, People v Thompson*, 83 NY2d 477, 480; *People v Broadie*, 37 NY2d 100, *cert denied* 423 US 950). Concur—Sullivan, J. P., Wallach, Rubin, Williams and Tom, JJ. [*See*, — AD2d —, Jan. 12, 1999.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DOMINGUEZ, Appellant. [668 NYS2d 458] —Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered April 2, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, criminal sale of a controlled substance in or near school grounds, and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Contemporaneous uncharged drug sales, or apparent drug sales, were properly admitted (*see, People v Pressley*, 216 AD2d 202, *lv denied* 86 NY2d 800). Defendant's procedural challenges to the court's receipt of this evidence are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find them to be without merit (*see, People v Ventimiglia*, 52 NY2d 350, 362). The credibility and reliability of the undercover officer's testimony concerning the uncharged transactions were questions for the jury. Concur—Sullivan, J. P., Wallach, Rubin, Williams and Tom, JJ.